AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

Santiago Adalberto Melendez-Palacios

AKA: Santiago A Melendez-Palacios

IAE  YOB: 1974
El Salvador

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-0034-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 4, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Santiago Adalberto Melendez-Palacios was encountered by Border Patrol Agents near Mission, Texas on January 4, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 4, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 21, 2017 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 19, 2016, the defendant was convicted of Assault 2nd Degree and was sentenced to one (1) year and six (6) months confinement and two (2) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on January 5, 2019.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

*Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:*

Sworn to before me and subscribed in my presence,

January 5, 2019 - 2:30 P.M.

Juan F Alanis , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Miguel A Valle
Signature of Complainant

Miguel A. Valle    Senior Patrol Agent

Signature of Judicial Officer